UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H&R BLOCK TAX SERVICES LLC,<br>  a Missouri Limited Liability Company,<br><br>                        Plaintiff,<br><br>              *v.*<br><br>JUDY STRAUSS,<br>  a citizen of the State of New York,<br><br>                        Defendant. | C.A. No. 1:15-cv-00085-LEK-CFH |

**ORDER TO SHOW CAUSE FOR CONTEMPT OF COURT**

Upon the attached Declarations of DEBBIE KOCSIS, DONNA CHOW, and PAUL M. FREEMAN, and the attached Memorandum of Law, together with the exhibits annexed thereto, and the prior pleadings, it is hereby

ORDERED, that the defendant, JUDY STRAUSS, show cause before this Court at a term of the United States District Court, Northern District of New York to be held at the James T. Foley U.S. Courthouse, at 445 Broadway, Albany, N.Y. at _____o'clock in the _____ noon, on the _____ day of _____, 2015, why an ORDER should not be entered holding Defendant JUDY STRAUSS in contempt of the Court's Preliminary Injunction and Temporary Restraining Order entered on February 4, 2015; and it is further

ORDERED that service of a copy of this order and annexed affidavits and Memorandum of Law upon the defendant's counsel, Gregory Schaaf, Esq., Englert, Coffey, McHugh & Fantauzzi, LLP, 24 State Street, Schenectady, New York by overnight mail on

or before _____ \_\_\_\_\_, 2015, at _____ o'clock in the \_\_\_\_\_ noon, shall be deemed good and sufficient service thereof; and it is further

ORDERED that Responding papers, if any, shall be served upon the plaintiff on or before the _____ day of March, 2015, by 5:00 P.M.

DATED: Albany, New York
ISSUED: _____, 2015

_____
Lawrence E. Kahn
United States District Court Judge
Northern District of New York

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3rd, 2015, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing and service upon the following:

Gregory E. Schaaf
Englert, Coffey Law Firm
P.O. Box 1092
224 State Street
Schenectady, NY 12301-1092
518-370-4645
518-370-4979 (fax)
gschaaf@ecmlaw.com

                              s/Paul M. Freeman
                              Paul M. Freeman, Esq. (Bar # 101696)
                              Matthew J. Griesemer, Esq. (Bar # 514949)
                              FREEMAN HOWARD, P.C.
                              441 East Allen Street
                              P.O. Box 1328
                              Hudson, New York 12534
                              Telephone:   (518) 828-2021
                              Facsimile:   (518) 828-2024
                              freeman@freemahoward.com
                              griesemer@freemanhoward.com